IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:08cr60 HTW-LRA

JEROME GORDON WELLINGTON

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 1 and 7 of the Criminal Indictment against JEROME GORDON WELLINGTON without prejudice.

DONALD R. BURKHALTER
United States Attorney

By:  *s/Darren J. LaMarca*
DARREN J. LAMARCA
Assistant U.S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 25th day of November, 2009.

**s/ HENRY T. WINGATE**
_____
UNITED STATES DISTRICT JUDGE